**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**REGINA SIMPSON**                                                            **PLAINTIFF**

**v.**                                                       **CIVIL ACTION NO. 4:22-cv-137-JMV**

**CITY OF INDIANOLA, MISSISSIPPI**                               **DEFENDANT**

## **ORDER**

Pursuant to the joint Stipulation of Dismissal with Prejudice [24] filed in this case, it is hereby **ORDERED** that the cause be dismissed with prejudice.

**SO ORDERED**, this the 26th day of June, 2022.

                                                          */s/* Jane M. Virden
                                                          **UNITED STATES MAGISTRATE JUDGE**